[No. 8343–4–II. Division Two. March 11, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. LOIS WENDT, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 84–1–00233–6, J. Dean Morgan, J., entered

December 11, 1984. *Affirmed* by unpublished opinion per Verharen, J. Pro Tem., concurred in by Brachtenbach and Cunningham, JJ. Pro Tem.